IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                        Civil Action No. 2:14-cv-04387-KM-SCM

JOHN DOE, subscriber assigned IP address
96.225.16.233,

        Defendant.

## PLAINTIFF'S MOTION FOR EXPEDITED HEARING

    Plaintiff, Malibu Media, LLC respectfully requests an expedited hearing on its Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference (the "Motion"), filed July 22 , 2014 [CM/ECF 5], and states:

    This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address.  Defendant's Internet Service Providers (the "ISPs"), can correlate Defendant's IP address to a subscriber.  Plaintiff has filed its Motion and Memorandum of Law in Support thereof, but the issue remains pending before the Court.  This is a time-sensitive matter, as ISPs only retains its subscribers' identities for a short period of time.  Should Plaintiff fail to timely issue a subpoena to the ISP, Defendant's information will be lost.

    Plaintiff's Motion is unopposed because Defendant remains unknown and has not made an appearance in the case.  Plaintiff anticipates that the hearing will take no longer than one (1) hour.

    WHEREFORE, Plaintiff respectfully requests that this Court schedule an expedited hearing on Plaintiff's Motion for Leave, as the Court's schedule may permit.

Dated:  October 17, 2014

Respectfully submitted,

By:   /s/ *Patrick J. Cerillo*
Patrick J. Cerillo
pjcerillolaw@comcast.net
4 Walter Foran Blvd.
Suite 402
Flemington, NJ 08822
Telephone:  (908) 284-0997
Facsimile:  (908) 284-0915
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October17, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ Patrick J. Cerillo_____
Patrick J. Cerillo

2